**ORIGINAL**

**CV19-4919**

**BRODIE, J.**

**MANN. M.J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Norman Pudd

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* Shield (13666)

-against- Officer Marroquin
City of New York 70th Precinct,
Kings County District Attorney's
Office, New York City Police Dept.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*



RECEIVED
AUG 27 2019
PRO SE OFFICE

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Norman Fludd
   Street Address: 835 Ocean Avenue, Apt 3H
   City and County: Brooklyn, New York (11226) Kings
   State and Zip Code: New York, 11226
   Telephone Number: 914-336-5087
   E-mail Address: Normanfludd@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Marroquin 13666
   Job or Title (if known): Officer N.Y.P.D. 13666
   Street Address: 70th Precinct
   City and County: Brooklyn, New York
   State and Zip Code: New York, 11226
   Telephone Number: Unknown
   E-mail Address (if known): Unknown

2

Defendant No. 2

Name: New York City Police Department; Corporation?

Job or Title (if known):

Street Address: New York City: 70th Precinct?

City and County: Brooklyn, Kings County

State and Zip Code: Brooklyn, New York

Telephone Number: Unknown

E-mail Address (if known): Unknown

Defendant No. 3

Name: Municipal Corporation? District Attorney Office?

Job or Title (if known): Assistant District Attorney that handled criminal case?

Street Address: 350 Jay Street

City and County: Brooklyn, Kings County

State and Zip Code: New York, 11201

Telephone Number: Unknown

E-mail Address (if known): Unknown?

Defendant No. 4

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

3

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process, Civil Rights, False Arrest, Malicious Prosecution, Failure to Investigate

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Police officers that Arrested Plaintiff Norman Hudd Failed to Conduct an investigation of facts, And the Kings County District Attorneys office Ratified and Condoned such conduct by the Arresting Officer's involved the Plaintiff's Arrest After receiving Exculpatory Evidence that Plaintiff was innocent. D.A. continued to Prosecute Plaintiff until Case was finally Dismissed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At 835 Ocean Avenue, Apt 3-H, Brooklyn, New York 11226. Plaintiff Norman Fludd, was Arrested by Officer Marroquine, 70th Precinct, for Assault and other charges.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The alleged Assault Plaintiff, Norman Fludd, was arrested for occurred on May 23, 2016. Plaintiff, Norman Fludd, was arrested on May 26, 2016.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On May 26, 2016, officer Marroquine came to 835 Ocean Avenue, Apt 3-H, and questioned Plaintiff, Norman Fludd, about an assault that allegedly occurred at 835 Ocean Avenue, Apt 3-H. I advised officer Marroquine that I, Norman Fludd, did not commit an assault and never been inside Apartment 3-H. Officer Marroquine then questioned me about Parole or Probation. Plaintiff Norman Fludd asked Marroquine what Parole or Probation have to do with this Incident? Officer Marroquine stated "You are under Arrest." Handcuffs was placed upon my wrist and I transported to the 70th Precinct.

See Attached
And Exhibit "A".
(A.)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Not Convict; Psycological torture for being incarcerated for a crime I did not commit; Psycological Depression; Afraid and frightened when confronted by police officers or officers of authority; Psycological problem with trusting women; Psycological problem with trusting the police department in New York State, the 70th Precinct or any police department and the Kings County District Attorney office, the Assistant

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I find that Plaintiff, Norman Judd, Civil Rights were violated by the Kings County District Attorney's office, the City of New York, the 70th Precinct and officer

Also: False Arrest & Malicious Prosecution against all parties mentioned above; And Plaintiff be granted a sum of 200,000,000 Two Hundred Thousand Dollars Compensation for Plaintiff incarceration. And each defendant be held accountable with Punitive Damages of 25,000.00 Twenty Five Thousand

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-27-1, 2019.

Signature of Plaintiff _Noman Hudd_

Printed Name of Plaintiff _Norman Hudd_

(Attachment)

Plaintiff, Norman Fludd, was Striped Serched and all Personal Item Confiscated and Vouched? Plaintiff was there transferred to Central Bookings in Brooklyn to await Arraignment on Multiple Charges of Assault?

On May 27,2016, Plaintiff arraigned and was Remanded to Rikers Island in Lieu of 2,500.00 Dollars Bail? Next Court Appearance on or About MAY 31, 2016, the Assistant District Attorney prosecuting the Plaintiff Case Requested that Plaintiff Bail be lowered to 1,500.00 Dollars? The Granted the Request of the People over Plaintiff, Norman Fludd, Request to be Released and that Case be Dismissed?

This was egregious Conduct by the Assistant District Attorney Representing the State of New York the Kings County District Attorney Office and Office marching in egregious Conduct failing to investigate the facts that were clearly before his eyes? Ratified and Condoned by failing to Request the Plaintiff, Norman Fludd, Release from Custody? Plaintiff was eventually Released upon Bail paid by His family on or About June 1, 2016? The Plaintiff Arrest and the wait of over 3 months to Discover facts fabricated to cause Plaintiff arrest is and was a Clear Violation of Plaintiff Civil Rights and Due Process? False Arrest and Malicious Prosecution?

(9)

Finally, After A little over 3 months, on August 29, 2016, the Case against Plaintiff Norman Fludd was Dismissed? Go Home and Don't Come Back Court Cause the Case is Over? Wow, Just Like That, See (Attached Exhibit A.)

Find out How Did all this Happen? Therefore, We need to Appeal? A Violation of Plaintiff, Norman Fludd, Civil Rights, Due Process, False Arrest and Malicious Prosecution from the very Inception of the Beginning Starting with N.Y.P.D. 70th Precinct, Municipal and Officer Marroquin? And, the Ratified and Condone Conduct by the Kings County District Attorney's Office of Officer Marroquin's Inadequate Conduct? They were Aware of the Violations from the very Beginning too & And Continued to Prosecute while aware of these Violations mentioned, & previously mentioned, and facts of Plaintiff, Norman Fludd, Innocence?

Finally Are mentioned Parties were Aware or could have obtained facts that would have made them aware that Plaintiff, Norman Fludd, was innocent of the alleged assault that took place on May 23, 2016 Inside of 835 Ocean Avenue, Apartment # 3-H, Brooklyn, N.Y. 11226

(3)

Exhibit A.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: 738071

THE PEOPLE OF THE STATE OF NEW YORK
VS

FLUDD, NORMAN
Defendant

Date of Birth: 11/01/1963

Address: 835 OCEAN AVENUE

NYSID Number: 4491414N

City: BROOKLYN   State: NY   Zip:

Date of Arrest/Issue: 05/26/2016

Docket Number: 2016KN031533

Summons No:

Arraignment Charges: PL 120.00 01 AM, 110-PL 120.00 01 BM, PL 120.15 00 BM, PL 240.26 01 V,

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 08/29/2016 | DISM - SPEEDY TRIAL PROVISIONS | GERSTEIN, M | DV1 |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY       _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

FRASER, C
COURT OFFICIAL SIGNATURE AND SEAL

DATE: 07/15/2019   FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

```
AH04                        CRIMS APPEARANCE HISTORY
COUNTY: KINGS                PERSONAL INFORMATION              07/15/2019
                                                                  8194

OPTION SELECTED: ALL APPEARANCES

                                                 DOCKET: 2016KN031533
        CJTN: 67669770 Q      NYSID #: 04491414 N   ARREST #: K16638983
        ARREST DATE: 05/26/2016           ARREST TIME: 07 : 10
        INCIDENT DATE: 05/23/2016         INCIDENT TIME:      :
NAME       : FLUDD, NORMAN
  AKA #1   :                                              NAME TYPE: I
  AKA #2   :

  DOB: 11/01/1963       RACE: B    ETHNIC: N     SSN:
  HGT: 6                WGT: 175   EYES: BRO     HAIR: BLK
  BLOOD ALCOHOL LEVEL:

  APO NAME    : MARROQUIN
  TAX REG #   :                                              SHIELD # : 13666
                          AGENCY: NYPD      COMMAND: 70


COMMAND:        MESSAGE:
```